| | |
|---|---|
| 1 | ABBAS KAZEROUNIAN (SBN 249203) |
| 2 | ak@kazlg.com |
| | KAZEROUNI LAW GROUP, APC |
| 3 | 245 Fischer Avenue, Suite D1 |
| 4 | Costa Mesa, CA  92626 |
| | Telephone:  (800) 400-6808 |
| 5 | Facsimile:  (800) 520-5523 |
| 6 | |
| 7 | JASON A. IBEY (SBN 284607) |
| | jason@kazlg.com |
| 8 | KAZEROUNI LAW GROUP, APC |
| | 321 N Mall Drive, Suite R108 |
| 9 | St. George, Utah 84790 |
| 10 | Telephone:  (800) 400-6808 |
| | Facsimile:  (800) 520-5523 |
| 11 | |
| 12 | |
| 13 | [ADDITIONAL COUNSEL LISTED ON SIGNATURE PAGE] |

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOHN FONTES, DAMON BYRD, and GREGORY MONTEGNA, individually and on behalf of all others similarly situated, | No. 2:14-cv-02060-CAS-AS |
| Plaintiffs, | **JOINT STIPULATION TO DISMISS PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)** |
| v. | |
| TIME WARNER CABLE INC., | |
| Defendant. | |

Plaintiffs John Fontes, Damon Byrd, and Gregory Montegna (together the "Plaintiffs") and defendant Time Warner Cable Inc., submit this joint stipulation to dismiss the action with prejudice as to Plaintiffs' individual claims, and without prejudice as to the claims of the putative class members, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

Therefore, the Court may proceed to dismiss the action in its entirety, with prejudice as to Plaintiffs' individual claims, and without prejudice as to the claims of the putative class members, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

The Parties shall bear their own fees and costs.

Respectfully submitted,

Dated:  March 11, 2020                     KAZEROUNI LAW GROUP, APC


By:     /s/ Abbas Kazerounian
         Abbas Kazerounian

Attorneys for Plaintiffs
JOHN FONTES, DAMON BYRD, and GREGORY MONTEGNA


ABBAS KAZEROUNIAN (SBN 249203)
ak@kazlg.com
KAZEROUNI LAW GROUP, APC
245 Fischer Avenue, Suite D1
Costa Mesa, CA  92626
Telephone:  (800) 400-6808
Facsimile:  (800) 520-5523

TODD M. FRIEDMAN (SBN 216751)
tfridman@toddflaw.com
ADRIAN R. BACON (SBN 280332)
LAW OFFICES OF TODD M. FRIEDMAN P.C.
21550 Oxnard St., Ste 780
Woodland Hills, CA 91367
Telephone:  (877) 206-4741
 Facsimile:  (866) 633-0228

Dated:  March 11, 2020                     WHITE & CASE LLP


By:   */s/ Bryan A. Merryman*
           Bryan A. Merryman

Attorneys for Defendant
TIME WARNER CABLE INC.

### CERTIFICATION

I, Abbas Kazerounian, am one of the attorneys of record for Plaintiffs.  Bryan A. Merryman, attorney of record for Defendant, gave Kazerouni Law Group, APC, as attorneys of record for Plaintiffs, concurrence in the filing of the document titled "JOINT STIPULATION TO DISMISS PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)," which concurrence shall serve in lieu of his signature on that filed document.  I have obtained and will maintain records to support this concurrence for subsequent production for the Court if so ordered or for inspection upon request by a party until one year after final resolution of the action (including appeal, if any).

| | | |
|---|---|---|
| 1 | Dated:  March 11, 2020 | KAZEROUNI LAW GROUP, APC |
| 2 | | |
| 3 | | By: __/s/ *Abbas Kazerounian*__ |
| 4 | | Abbas Kazerounian |
| 5 | | Attorneys for Plaintiffs |