JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOHN FONTES, DAMON BYRD, and GREGORY MONTEGNA, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>TIME WARNER CABLE INC.,<br><br>Defendant. | No. 2:14-cv-02060-CAS-ASx<br><br>**[PROPOSED] ORDER GRANTING JOINT STIPULATION TO DISMISS PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)** |

Having considered the parties' Joint Stipulation to Dismiss Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), and finding good cause, the Court hereby GRANTS the joint stipulation and ORDERS as follows:

1. The individual claims of Plaintiffs John Fontes, Damon Byrd, and Gregory Montegna in the above-captioned action are dismissed with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii);

/ / /

/ / /

/ / /

/ / /

2. The claims of the putative class members in the above-captioned action are dismissed without prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii); and,

3. The Parties shall bear their own fees and costs.

**IT IS SO ORDERED.**

DATED: March 11, 2020

*Christina A. Snyder*

HON. CHRISTINA A. SNYDER
U.S. DISTRICT JUDGE